■ In the Matter of MARIO J. BEJASA, JR., a Disbarred Attorney. [781 NYS2d 735]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Buckley, P.J., Tom, Mazzarelli, Lerner and Friedman, JJ.